Kara L. Jassy, Bar No. 198846
kjassy@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

Zeeshan Kabani, Bar No. 322638
zkabani@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583

Attorneys for Defendant
WALMART, INC, (ERRONEOUSLY SUED AS WALMART)

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE RANGEL, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART; A Corporation Doing Business in California; Supervisor John Doe, an Individual; and DOES 2 through 50, inclusive,<br><br>　　　　　Defendant. | Case No. 5:22−cv−01566 SSS (SHKx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Hon. Sunshine Suzanne Sykes<br><br>Los Angeles Superior Court Complaint Filed August 1, 2022<br><br>**NOTE CHANGES MADE BY COURT** |

This Court, having considered the Joint Stipulation for the Dismissal of the Entire Action and good cause appearing therefore, makes the following Order:

IT IS HEREBY ORDERED that the parties Joint Stipulation for the Dismissal of the Entire Action is **GRANTED**.

The Court hereby **DISCHARGES** the OSC issued on December 12, 2022.

IT IS SO ORDERED.

Dated:  December 14, 2022

_____
Hon. Sunshine Suzanne Sykes
U.S. District Judge